IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Dixie P., | : | Case No. 1:21-cv-415 |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| Commissioner of Social Security, | : | **Order Adopting Report and** |
| | : | **Recommendation** |
| Defendant. | : | |
| | : | |

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on May 9, 2022. (Doc. 14.) The Magistrate Judge recommended that the Commissioner's Motion for a Voluntary Remand[1] (Doc. 11) be granted, and this matter be remanded to the Agency for a new hearing and new decision so that the Administrative Law Judge can correct any mistakes.

No objections to the Report and Recommendation have been filed and the time to do so has expired. Accordingly, the Court hereby **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and Recommendation. This case is hereby **REMANDED** for further proceedings.

**IT IS SO ORDERED.**

_____
Judge Susan J. Dlott
United States District Court

---

[1] Plaintiff filed a Response (Doc. 12) to the Commissioner's Motion, to which the Commissioner filed a Reply (Doc. 13).